## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

v.                                          Case No:  2:14-cv-576-FtM-CM

THE CHRISTINA M. BOYHAN
TRUST and MARK BOYHAN,

        Defendants.

_____

## <u>ORDER</u>

Before the Court is Defendant The Christina M. Boyhan's unopposed Motion to Disburse Funds Held in Court Registry (Doc. 81), filed on July 15, 2015.  This interpleader action originally was filed in the United States District Court for the Southern District of Florida on April 26, 2013.  Doc. 1.  While the case was pending in that court, Plaintiff Cigna Life Insurance Company of New York was dismissed from the case and granted leave to deposit $55,000.00, plus applicable interest required by law, less attorneys' fees and costs, into the Southern District's registry. Doc. 23.  On September 30, 2014, the court granted Plaintiff's motion to change venue and the case was transferred to this Court on October 1, 2014.  Docs. 51, 52. The registry monies were received into this Court's registry on June 19, 2015.  Doc. 75.

On July 15, 2015, the parties filed a Notice of Settlement stating that this action was resolved through a settlement.  Doc. 80.  In accordance with the settlement, the parties now request an Order directing the Clerk of Court to disburse the registry monies to Defendant, The Christina M. Boyhan Trust.  Doc. 81.

ACCORDINGLY, it is hereby

**ORDERED:**

1.      The Motion to Disburse Funds Held in Court Registry (Doc. 81) is

**GRANTED**.   The Clerk of Court shall disburse the monies held in the Court Registry

in connection with this action to Defendant, The Christina M. Boyhan Trust c/o

Rhodes Tucker Phoenix Chartered.

2.      The Clerk is directed to send a copy of this Order to District Finance.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of July, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record